AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>MARIA VALLE-RODRIGUEZ<br><br>*Defendant(s)* | Case No. 3:23-mj-71860 MAG |

FILED
Dec 11 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 28, 2023** in the county of **Alameda** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) | Distribution of Controlled Substance<br>Max Penalties:<br>- 20 years' imprisonment<br>- $1 million fine<br>- 3 years to life of supervised release<br>- $100 special assessment<br>- Forfeiture; Deportation; Mandatory and Discretionary denial of federal benefits |

This criminal complaint is based on these facts:

See attached affidavit in support by DEA Special Agent Adam Jones

☑ Continued on the attached sheet.

/s/ **Adam Jones**
*Complainant's signature*

Adam Jones, DEA Special Agent
*Printed name and title*

Approved as to form /s/ **Ivana Djak**
AUSA  Ivana Djak

Sworn to before me and signed in my presence.

Date: 12/11/2023

City and state: San Francisco, CA

*Judge's signature*

Hon. Alex G. Tse, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT AND CRIMINAL COMPLAINT

I, Adam Jones, a Special Agent with the Drug Enforcement Administration (DEA), having been duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I make this affidavit in support of an application for an arrest warrant and criminal complaint charging Maria VALLE-RODRIGUEZ with 21 U.S.C. §§ 841(a)(1), (b)(1)(C), based on her distribution of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide), occurring on or about November 28, 2023, in Oakland, California, in the Northern District of California.

### SOURCES OF INFORMATION

2. The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents, officers, and witnesses. Where statements made by other individuals (including other law enforcement officers or agents) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records is referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

3. Because this Affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint and arrest warrant. My understanding of the facts and circumstances of the case may evolve as the investigation continues.

## AFFIANT BACKGROUND

4. I am employed by the United States Department of Justice, DEA, as a Special Agent and have been so employed since January 2023.

5. I received 16 weeks of specialized drug law enforcement training at the DEA training academy in Quantico, Virginia, from February 2023 to May 2023. The training curriculum covered all aspects of drug investigations, including identification of controlled substances, physical and electronic surveillance, utilization of confidential sources, interview techniques, undercover operations, financial investigations, money laundering techniques, and the general operation of drug trafficking organizations. This training included instruction in the investigation of federal drug violations, including, but not limited to Title 21, United States Code, Sections 841 and 846. Additionally, this training included several hundred hours of comprehensive, formalized instruction in, but not limited to, narcotics investigations, drug identification, detection, interdiction, financial investigations and money laundering, identification and seizure of drug related assets, undercover operations, and electronic and physical surveillance procedures.

6. Prior to my employment with the DEA, I was employed in the private sector working as Sales training manager for 3 years and as a sales representative for 1 year.

7. During the course of my employment as a DEA Special Agent, I have participated in narcotics investigations in a supporting role. I have debriefed confidential sources, and witnesses who had personal knowledge regarding narcotics trafficking organizations. In addition, I have discussed with numerous law enforcement officers and confidential sources the methods and practices used by narcotics traffickers. I have also participated in many aspects of drug investigations including, but not limited to telephone toll analysis, physical surveillance, and assisted in court ordered wiretap investigations. Moreover, I have executed federal narcotics search and arrest warrants that resulted in the arrest of suspects and seizure of narcotics.

8.      Through my training, education, experience, and my conversations with other agents and officers who conduct drug investigations, I have become familiar with narcotics traffickers' use of mobile telephones, and their use of numerical codes and code words to conduct their business. Also, I have become familiar with narcotics traffickers' methods of operation, including, but not limited to, the manufacturing, distribution, storage, and transportation of narcotics, and the methods used by drug traffickers to collect, transport, safeguard, remit, and/or launder drug proceeds.

9.      Over the past 7 months, I have worked with other experienced agents, law enforcement officers and prosecutors on cases that apply the use of electronic surveillance to investigating Drug Trafficking Organizations ("DTOs") that are trafficking narcotics across multiple jurisdictions within the United States, including in the San Francisco Bay Area and the Tenderloin District of San Francisco. For example, I recently initiated and/or participated in an Organized Crime Drug Enforcement Task Force ("OCDETF") investigation. The OCDETF program is part of the United States Attorney General's strategy to reduce the availability of drugs by disrupting major trafficking organizations through joint collaborations across agencies.

10.     I have monitored, supervised, conducted surveillance, or otherwise participated in several investigations that utilized electronic and/or wire interceptions. In the course of working on investigations using electronic and/or wire interception, I have monitored, listened to, reviewed transcripts and/or "line sheets" of over 500 intercepted conversations. I estimate that the majority of these conversations were in Spanish and involved the trafficking of methamphetamine, cocaine, heroin, and fentanyl by DTOs, and that the majority of the narcotics trafficking conversations intercepted employed some form of code to thwart law enforcement.

11.     I have participated in the investigation discussed in this Affidavit. I also have discussed the investigation with other DEA agents and with other law enforcement agencies involved in it. I have reviewed records and reports relating to the investigation. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information

was provided by another DEA agent, law enforcement officer, or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken, or whose reports I have read and reviewed.

12. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

## APPLICABLE STATUTE

13. **Distribution of Controlled Substance**. Under Title 21, United States Code, Section 841(a)(1), (b)(1)(C) it is unlawful for any person to knowingly distribute a federally controlled substance. Under 21 C.F.R. § 1308.12, fentanyl is a Schedule II controlled substance.

## STATEMENT OF PROBABLE CAUSE

14. Between on or about August 9, 2023, and on or about November 8, 2023, **MARIA VALLE-RODRIGUEZ** sold an undercover police officer (UC-1) suspected controlled substances five times—four times in San Francisco's Tenderloin District and, on the fifth and final time, in Oakland. On August 9, 2023, **VALLE-RODRIGUEZ** sold approximately 4.5 grams gross of "clean" fentanyl to UC-1 for $100, which tested presumptive positive for fentanyl via TruNarc testing device. **VALLE-RODRIGUEZ** again sold UC-1 suspected fentanyl on August 17, 2023 (58.9 grams gross) and on September 7, 2023 (58.6 grams gross). The suspected fentanyl from both sales tested as "mannitol" via TruNarc testing device; mannitol is a sugar-like cutting agent used by dealers to stretch their product and maximize profits. Based on my training and experience, when suspected fentanyl tests via TruNarc as mannitol, subsequent confirmatory testing at a laboratory frequently confirms the actual presence of fentanyl mixed with mannitol. On November 7, 2023, in exchange for $500, **VALLE-RODRIGUEZ** sold UC-1 suspected fentanyl (51.8 grams, which tested via TruNarc as mannitol) and also 31.4 grams of methamphetamine (which tested via TruNarc as methamphetamine).

15. On or about November 28, 2023, DEA agents and SFPD officers conducted a controlled buy of fentanyl from **VALLE-RODRIGUEZ** in Oakland, CA, in the Northern

District of California. I personally participated in this operation.

16. On November 27, 2023, UC-1 communicated with **VALLE-RODRIGUEZ** and requested to purchase fentanyl. **VALLE-RODRIGUEZ** replied to UC-1 and said she could sell to UC-1 but that she was not going into San Francisco to sell.

17. At approximately 3:00 PM on November 28, 2023, UC-1 and **VALLE-RODRIGUEZ** negotiated over the phone and agreed on a price of $500 for three ounces of "yellow" fentanyl, which based on my training, knowledge and experience, is street terminology for fentanyl. UC-1 stated they were about 30 minutes from Oakland and **VALLE-RODRIGUEZ** directed UC-1 to go to an address on Meadow Street in Oakland.

18. SFPD and DEA had surveillance units already positioned near this location, which I know to be the residence of **VALLE-RODRIGUEZ**, based on additional investigation. UC-1 then drove to the Meadow Street location, and at about 3:30 PM, law enforcement observed **VALLE-RODRIGUEZ** exit her Meadow Street residence, and walk to the middle of the driveway. At this point **VALLE-RODRIGUEZ** walked to the driver side window of UC-1's vehicle. UC-1 rolled the window down and greeted **VALLE-RODRIGUEZ**. UC-1 handed **VALLE-RODRIGUEZ** $500 and, in return, **VALLE-RODRIGUEZ** provided UC-1 with one clear baggie containing a white powdery substance (suspected fentanyl).

19. After the controlled purchase was complete, UC-1 transported the suspected fentanyl purchased from **VALLE-RODRIGUEZ** to the DEA San Francisco office for evidence processing. At the office, I conducted a field test on the suspected fentanyl using a TruNarc Analyzer device. The field test showed the suspected fentanyl to be presumptive positive for the presence of fentanyl. DEA agents then weighed the suspected fentanyl at 85.4 grams gross.

## CONCLUSION

20. Based on the information above, there is probable cause to believe that on or about November 28, 2023, Maria **VALLE-RODRIGUEZ** knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N- [ 1-

( 2-phenylethyl ) -4-piperidinyl ] propanamide), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).  Accordingly, I respectfully request that the Court issue a criminal complaint and a warrant for her arrest.

/s/ *Adam Jones*
_____
Adam Jones
Special Agent
Drug Enforcement Administration

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 11th day of December 2023.

_____
HON. ALEX G. TSE
United States Magistrate Judge